STATE OF FLORIDA, ex rel. FRANK HAGUE, JR., v. W. C. AL-MAND, as City Recorder of the City of Jacksonville, a municipal corporation.

12 So. (2nd) 118                                            January Term, 1943
February 26, 1943                                                    En Banc

*Martin Sack & Louis S. Joel,* for appellant.

*Austin Miller* and *Harry Fozzard,* for appellee.

PER CURIAM:

This cause having been submitted upon the transcript of the record and the briefs and arguments of counsel, all of which have been fully considered by the Court, the Court is of the opinion that under the facts and circumstances of this case the judgment of the circuit court is free from error and the same is accordingly

Affirmed.

BUFORD, C. J., TERRELL, BROWN, CHAPMAN, THOMAS, ADAMS and SEBRING, JJ., concur.